UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

--------------------------------------------------------------------------------x

GEOVANNI BAHENA FIGUEROA, on behalf of himself and all others similarly situated,

Civil Action No: 1:26-cv-1383

Plaintiff,

-v.-

The Music Emporium, Inc.

Defendants.

--------------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the parties finalizing and executing a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 7th day of April 2026

*/s/Yaakov Saks*
Yaakov Saks, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Ph: 201-282-6500
ysaks@steinsakslegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on April 7, 2026 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Yaakov Saks*
Yaakov Saks, Esq.